## CYNTHIA E. CILLEY v. JAMES CILLEY.

### Divorce.    No. 59, Acts of 1886.

The fact that a husband can, but will not work and support his wife, is not a ground for divorce under No. 59, Acts of 1886; following *Jewett* v. *Jewett*, page 370.

Petition for divorce for refusal or neglect to support. Heard at the May Term, 1888, Ross, J., presiding.

It appeared that the petitionee was a well and able-bodied young man ; that immediately after his marriage he went to work in the mill of one Patterson and for a time so supported his wife ; that he might have continued to so labor and support her had he chosen to do so, but that some six months after his marriage he left his work and his wife and had not since been heard from.   It did not appear that he had any means except from his personal earnings.   Upon these facts the court refused, as a matter of law, to grant the prayer of the petition, and the petitioner excepted.

*S. M. Pingree,* for the petitioner, argued that this was a case within the provisions of No. 59 of the Acts of 1886.

The opinion of the court was delivered by

Veazey, J.   This case is controlled by the decision in *Jewett* v. *Jewett,* recently heard at the Franklin Term.

*The judgment of the County Court is affirmed.*